# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

IN THE MATTER OF THE SEARCH OF:

ONE MACBOOK LAPTOP COMPUTER, SERIAL NUMBER W8828R400P1; ONE FIRELIGHT EXTERNAL HARD DRIVE; ONE SONY VIO LAPTOP COMPUTER, MODEL NUMBER PC64CIL; ONE MACBOOK PRO LAPTOP COMPUTER, SERIAL NUMBER W892628N66E; ONE VERBATIM EXTERNAL HARD DRIVE, SERIAL NUMBER IH9715; ONE CANON CAMERA, SERIAL NUMBER 8524101767; ONE COMPAQ COMPUTER TOWER, SERIAL NUMBER CNH519ONJM; ONE MAC IBOOK LAPTOP COMPUTER, SERIAL NUMBER UV22998WM4R; ONE MAC IBOOK LAPTOP COMPUTER, SERIAL NUMBER UV2299OTM4R; ONE SEAGATE HARD DRIVE, SERIAL NUMBER 3JX350VP; ONE WESTERN DIGITAL HARD DRIVE, SERIAL NUMBER WMA0M; ONE WESTERN DIGITAL HARD DRIVE, SERIAL NUMBER WM657; ONE MAXTOR HARD DRIVE, SERIAL NUMBER 000528U6; ONE MAXTOR HARD DRIVE, SERIAL NUMBER NL9510HPYHX8A; ONE GATEWAY LAPTOP COMPUTER, SERIAL NUMBER 0036057429; ONE FIREPOWER EXTERNAL HARD DRIVE, SERIAL NUMBER 1001008193; ONE FIREPOWER EXTERNAL HARD DRIVE, SERIAL NUMBER 1001001500; ONE MAD LOGIX HARD DRIVE, SERIAL NUMBER 1001655373HVDRYHW; ONE SEAGATE EXTERNAL HARD DRIVE, MODEL NUMBER 5T330621A; ONE MISCELLANEOUS HARD DRIVE, SERIAL NUMBER H3096CLCDH03A; ONE 10 GEAR G-FH600 FIREWIRE SIX PORT HUB; and ONE HP PAVILION LAPTOP COMPUTER, SERIAL NUMBER CNF42116DJ.

**ORDER**

On motion of the government and for the reasons state in support of its motion,

IT IS ORDERED that the Search arrant and Application and Affidavit for Search Warrant, with attachments, including Affidavit of Randy W. Helderop, Special Agent, U.S. Immigration & Customs Enforcement (ICE), Search Warrant Return and Motion to Seal, as well as this ORDER, in the above-captioned matter are sealed until further order of the Court.

Dated this 4th day of June, 2010.

> */s/ Charles S. Miller, Jr.*
> Charles S. Miller, Jr.
> United States Magistrate Judge